UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Core Technologies, Inc.,

Plaintiff,

v.

Dustin W. Sias,
d/b/a Core Technologies; and
Core Technologies, Inc.,
a Florida Corporation,

Defendants.

---

Court File No. 00-CV-645 MJD/JGL

**CLERK'S ENTRY OF DEFAULT**

Defendants have been served with the Summons and Complaint according to law, have failed to appear and answer the plaintiff's Complaint on file in this action, and the time allowed by law for answering has expired. The default of defendants Dustin W. Sias, d/b/a Core Technologies, Inc. and Core Technologies, Inc. is hereby entered according to law.

FRANCIS E. DOSAL

Francis E. Dosal, Clerk of Court,
U.S. District Court for District of Minnesota

By Shirley Hansen
Deputy Clerk

5

Doc# 1262679\1